IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DANIEL BRUCE JONES,                    *

          Petitioner,                  *

vs.                                    *
                                          CASE NO. 4:09-CV-155 (CDL)
JIMMY COLSON, Warden,                  *

          Respondent.                  *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 28, 2010 is hereby approved, adopted, and made the Order of the Court.

     The objections of the Petitioner have been considered and are found to be without merit.

     IT IS SO ORDERED, this 12th day of May, 2010.


                              S/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE